1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ARCHIE N. WILLIAMS,

11           Plaintiff,                    No. CIV S-12-0246 GGH P

12       vs.

13  SOLANO COUNTY SHERIFF'S
    DEPARTMENT, et al.,
14
             Defendants.            ORDER
15  _____/

16         Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action

17  pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18  pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust

19  account statement for the six month period immediately preceding the filing of the complaint.

20  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy

21  of his prison trust account statement.

22         In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

23  submit, within thirty days from the date of this order, a certified copy of his prison trust account

24  statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

25  /////

26  /////

1

1 | failure to comply with this order will result in a recommendation that this action be dismissed
2 | without prejudice.
3 | DATED: February 7, 2012

                                    /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:mp
will0246.3c.new