IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARCHIE N. WILLIAMS,

      Plaintiff,                No. 2:12-cv-0246 AC P

    vs.

SOLANO COUNTY SHERIFF'S DEPT., et al.,

      Defendants.            ORDER

           Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has consented to the jurisdiction of the undersigned. See Doc. No. 4.

           By orders dated February 29, 2012, April 12, 2012, and February 14, 2013, the court dismissed plaintiff's complaints with leave to amend. Plaintiff has now filed a fifth amended complaint. By separate order, the court has identified the colorable claims in plaintiff's amended complaint, and directed service on defendants R. Lopez, S. Marshall, and RN Jones.

           In this order, the court will direct that the remaining defendants be dismissed. In particular, defendants Solano County Sheriff's Department; Solano County Jail Medical Department; and Solano County Jail (collectively, the "County Defendants") are dismissed

1 because plaintiff fails to link any constitutional violation to these defendants, instead appearing
2 to rely on their employment of individual defendants to support liability.  Because plaintiff may
3 not maintain an action against the County Defendants in respondeat superior, the County
4 Defendants are dismissed.
5              Accordingly, IT IS HEREBY ORDERED that, for the reasons given above and in
6 the court's February 29, 2012, April 12, 2012, and February 14, 2013 orders, defendants Solano
7 County Sheriff's Department; Solano County Jail Medical Department; and Solano County Jail
8 are dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
9 DATED: April 17, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ac:rb
will0246.B3