UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE N. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SHERIFF'S DEPT., et al.,<br><br>　　　　　Defendants. | No.  2:12-CV-0246 KJM AC P<br><br><br>**ORDER** |

　　　　Each of the parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge." *See* 28 U.S.C. §636(a)(5) and (c).  According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

　　　　The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

　　　　IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Allison Claire.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:12-CV-0246 AC P.  All currently scheduled dates presently set before Judge Mueller are hereby VACATED.

1

IT IS SO ORDERED.

DATED: October 8, 2013.

_____
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: October 8, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE