UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE N. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY SHERIFF'S DEPT., et al.,<br><br>    Defendants. | No. 2:12-cv-0246 AC P<br><br><br>ORDER |

    Plaintiff, an inmate at the Solano County jail, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 27, 2013, the undersigned issued findings and recommendations with respect to the motion to dismiss filed by defendants Lopez and Marshall. These same defendants filed their consent to the jurisdiction of the undersigned for all further proceedings and entry of final judgment on September 30, 2013. ECF No. 35. Plaintiff had previously consented to the jurisdiction of a magistrate judge. ECF No. 4. As a result, the case was formally reassigned to the undersigned on October 9, 2013 based on the consent of all the parties. ECF Nos. 37, 38. See 28 U.S.C. § 636(c)(1); Fed.R.Civ.P. 73; E.D. Cal. L.R. 301, 305.

    In light of the fact that the case is currently before the undersigned pursuant to the consent of the parties, the September 27, 2013 Findings and Recommendations will now become the

order of the court.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to dismiss filed by defendants Lopez and Marshall (ECF No. 27) is granted, and plaintiff's claims against defendants Lopez and Marshall are dismissed without prejudice.
2. Plaintiff's request for the appointment of counsel (ECF No. 30) is denied.
3. This matter shall proceed as to defendant Jones.
4. The previously established discovery and scheduling order (ECF No. 29) shall remain in effect as to defendant Jones.

DATED: October 23, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ts/will0246

---

[1] In doing so, the court has considered plaintiff's objections to the findings and recommendations that were filed on October 7, 2013.

2