1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARCHIE N. WILLIAMS,                    No.  2:12-cv-0246 AC P

12              Plaintiff,

13        v.                                ORDER

14   SOLANO COUNTY SHERIFF'S DEPT.,
     et al.,
15
                Defendants.
16

17        Plaintiff, an inmate at the Solano County jail, has filed this civil rights action seeking

18   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 27, 2013, the undersigned issued findings and recommendations with

21   respect to the motion to dismiss filed by defendants Lopez and Marshall.  These same defendants

22   filed their consent to the jurisdiction of the undersigned for all further proceedings and entry of

23   final judgment on September 30, 2013.  ECF No. 35.  Plaintiff had previously consented to the

24   jurisdiction of a magistrate judge.  ECF No. 4.  As a result, the case was formally reassigned to

25   the undersigned on October 9, 2013 based on the consent of all the parties.  ECF Nos. 37, 38.  See

26   28 U.S.C. § 636(c)(1); Fed.R.Civ.P. 73; E.D. Cal. L.R. 301, 305.

27        In light of the fact that the case is currently before the undersigned pursuant to the consent

28   of the parties, the September 27, 2013 Findings and Recommendations will now become the

1

1    order of the court.[1]

2           Accordingly, IT IS HEREBY ORDERED that:

3        1.  The motion to dismiss filed by defendants Lopez and Marshall (ECF No. 27) is

4            granted, and plaintiff's claims against defendants Lopez and Marshall are dismissed

5            without prejudice.

6        2.  Plaintiff's request for the appointment of counsel (ECF No. 30) is denied.

7        3.  This matter shall proceed as to defendant Jones.

8        4.  The previously established discovery and scheduling order (ECF No. 29) shall remain

9            in effect as to defendant Jones.

10   DATED: October 23, 2013

11

ALLISON CLAIRE
12                                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17
     AC:ts/will0246
18

19

20

21

22

23

24

25

26

27   _____
     [1] In doing so, the court has considered plaintiff's objections to the findings and recommendations
28   that were filed on October 7, 2013.

2